**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 215 MM 2017 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID MCGOWAN, | : | |
| | : | |
| Petitioner | | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of February, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.